# Court of Appeals
# of the State of Georgia

ATLANTA,  January 31, 2017

*The Court of Appeals hereby passes the following order:*

## A17E0033. WOODRUFF v. WOODRUFF.

The Georgia Supreme Court transferred to this Court Michael Woodruff's motion and amended motion for an extension of time to file an appeal. The motions having been read and considered, they are hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/31/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*